## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIGOBERTO JOYA, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>ABV DINER INC. d/b/a NORTH SHORE DINER, VASILIS FATSIS and VISARION FATSIS Jointly and Severally,<br><br>       Defendants. | No. 18 Civ. 875 (ARR) (SJB)<br><br>**<u>Stipulation of Dismissal</u>** |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiff is precluded from bringing any further claims against Defendants under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, for the period set forth in Plaintiff's Complaint.

  IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

| | |
|---|---|
| PELTON GRAHAM LLC | DANIEL G. DE PASQUALE, ESQ. |
| By: _____ | By: _____ |
| Brent E. Pelton, Esq. | Daniel G. De Pasquale, Esq. |
| Taylor B. Graham, Esq. | 140 Fell Court, Suite 305 |
| 111 Broadway, Suite 1503 | Hauppauge, New York 11788 |
| New York, New York 10006 | Tel.: (631) 881-0040 |
| Tel.: (212) 385-9700 | |
| *Attorneys for Plaintiff* | LAW OFFICE OF A. KOUTSOUDAKIS |
| | By: _____ |
| | Andreas Koutsoudakis, Esq. |
| | 51 Shiloh Street |
| | Staten Island, New York 10314 |
| | Tel.: (917) 418-7390 |
| | *Attorneys for Defendants* |

SO ORDERED

DATED this 17 day of August, 2018

                              /s/ Sanket J. Bulsara
                              _____
                              HONORABLE SANKET J. BULSARA
                              UNITED STATES MAGISTRATE JUDGE